■ SAMUEL J. GREENBERG et al., Respondents, v. RICHARD S. CHILDS et al., Respondents. MEYER HOLSTEIN, on Behalf of Himself and All Other Stockholders of Bon Ami Company, Appellant, v. ALEXANDER L. GUTERMA et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ HOLLAND MAINTENANCE COMPANY, INC., Appellant, v. ALBERT E. PERRY, Individually and as President of Local 32-J, Building Service Employees International Union, AFL–CIO, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ. [13 Misc 2d 1002.]

■ LEON E. BORDEN et al., Respondents, v. F. E. ADAMS et al., Respondents, et al., Defendants. NATHAN, MANNHEIMER, ASCHE, WINER & FRIEDMAN, Appellants.— Order appealed from reversed upon the facts and in the exercise of discretion and motion denied, without costs. Upon the facts here presented the defendants-respondents before seeking relief from Special Term should have applied to the United States District Court to restrain the prosecution of the action pending therein. We do not pass upon the power of Special Term to act or determine whether it had proper jurisdiction of the nonresident individuals so restrained. In view of the geographical closeness of the two courts, and with due regard to the general rules of comity, a proper exercise of discretion requires that the initial application for injunctive relief should be made to the Federal tribunal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ MARY FUCHILLA, Respondent, v. JOHN FUCHILLA, Appellant.— Order granting plaintiff's motion for alimony and counsel fee is reversed, on the facts and on the law, and in the exercise of discretion, and the motion denied, without costs. Defendant has shown, without contradiction, that he has unfailingly supported plaintiff and their children adequately, in the light of their circumstances. This determination is without prejudice to another application for similar relief in the event defendant discontinues making adequate provision for the support of the family. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ In the Matter of ANNA ALESSI, Respondent, against JOSEPH ALESSI, Judgment Debtor, and EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Third-Party Appellant.— Judgment and order granting turnover pursuant to section 794 of the Civil Practice Act unanimously reversed upon the law and the motion is denied, with costs to the appellant. (Insurance Law, § 166; Gross v. Gross, 280 App. Div. 433.) No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ MATHILDE G. DRESLER et al., Appellants, v. BERNHARD GREEFF, JR., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ ISAAC BERKOW, Appellant, v. BENJAMIN PLUMP et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.